# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153449(28)(34)

ROBERT DONALD JONES,
      Plaintiff-Appellee,

v

NAN MILLEN JONES,
      Defendant-Appellant.

SC:  153449
COA:  329378
Wayne CC:  14-111404-DO

_____/

On order of the Court, the motion for reconsideration of this Court's November 30, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.  The motion to stay is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017

Clerk

a0227